IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
DEC 17 2024
MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24CR1809 MIS |
| vs. | ) 8 U.S.C. § 1324(a)(1)(A)(v)(I): |
| | ) Conspiracy to Transport an Illegal Alien. |
| **KEVIN RODRIGUEZ-MUNOZ**, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about September 11, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **KEVIN RODRIGUEZ-MUNOZ**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the United States, to commit an offense defined in 8 U.S.C. § 1324(a)(1)(A)(ii), specifically, transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Richard C. Williams*

RICHARD C. WILLIAMS
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304